```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
FELIX CASTRO,                                              :
                                                           :
                              Plaintiff,                   :
                                                           :          23-CV-3328 (VSB)
              -against-                                    :
                                                           :              ORDER
BROOKLYN CLOTH, LLC,                                       :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff filed this action on April 20, 2023, (Doc. 1), and filed an affidavit of service on May 11, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was June 1, 2023. (*See* Doc. 5.) Defense counsel filed a notice of appearance on May 15, 2023, (Doc. 6), however, to date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 15, 2023. If Plaintiff fails to do so, or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 5, 2023
    New York, New York

                     _____
                     VERNON S. BRODERICK
                     United States District Judge