UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                 :

FELIX CASTRO,                             :

                          Plaintiff,     :

                                               :           23-CV-3328 (VSB)

                -against-              :

                                               :              **ORDER**

BROOKLYN CLOTH, LLC,       :

                                               :

                        Defendant.  :
------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff Felix Castro initiated this matter by filing a complaint on April 20, 2023.  (Doc. 1.)  On June 15, 2023, Defendant Brooklyn Cloth, LLC filed its answer to the complaint.  (Doc. 9.)  On June 16, 2023, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before June 30, 2023.  (Doc. 10.)  To date, the parties have not done so.  Accordingly, the parties are hereby

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than July 17, 2023.  If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

       SO ORDERED.

Dated: July 13, 2023
       New York, New York

                                                              Vernon S. Broderick
                                                             United States District Judge