```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
FELIX CASTRO,                                              :
                                                           :
                              Plaintiff,                   :
                                                           :        23-CV-3328 (VSB)
              -against-                                    :
                                                           :              ORDER
BROOKLYN CLOTH, LLC,                                       :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on April 20, 2023, (Doc. 1). On July 18, 2023, the parties filed their joint letter and proposed Case Management Plan & Scheduling Order, requesting that I bifurcate discovery to first address the issue of standing. (*See* Doc. 12.). On July 19, 2023, I granted the parties' request. (*See* Doc. 13.) However, to date, neither party has filed a motion addressing the issue of standing. Therefore, it is hereby:

ORDERED that Defendant file its opening brief on the issue of standing by January 31, 2024; Plaintiff its opposition by February 14, 2024; and Defendant its reply by February 21, 2024; and

IT IS FURTHER ORDERED that the conference scheduled for January 18, 2024 at 2:00 PM is adjourned *sine die*.

SO ORDERED.

Dated:   January 16, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge